UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ROMAN-HERRERA; JOSE MALDONADO-GARCIA; ROBERT SERRANO-VELEZ; JESUS ROSARIO-MORALES, and JOSE MORA-FELICIANO,<br><br>Plaintiffs,<br><br>v.<br><br>ANGEL ROMAN-VELEZ, MAYOR OF THE MUNICIPALITY OF ARECIBO, in his personal and official capacity, et al.,<br><br>Defendants, | Civil No. 97-2217 (JAF) |

## O R D E R

A Final Pretrial Conference shall be held in this case on **May 25, 2000, at 1:30 P.M. Trial will commence on June 1, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 16th day of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge