UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LUIS ROMAN-HERRERA; JOSE
MALDONADO-GARCIA; ROBERT
SERRANO-VELEZ; JESUS ROSARIO-
MORALES, and JOSE MORA-
FELICIANO,

    Plaintiffs,

    v.

ANGEL ROMAN-VELEZ, MAYOR OF THE
MUNICIPALITY OF ARECIBO, in his
personal and official capacity,
et al.,

    Defendants,

Civil No. 97-2217 (JAF)

## O R D E R

The Pretrial Conference set for May 25, 2000, at 1:30 P.M., is now **rescheduled for August 2, 2000, at 1:30 P.M.** The trial, presently set to commence on June 1, 2000, is **rescheduled for August 21, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 2nd day of May, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge