# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



LUIS ROMAN-HERRERA, et al.

    VS.                              CIVIL NO. __97-2217__ (JAF)

ANGEL ROMAN-VELEZ, MAYOR OF
THE MUNICIPALITY OF ARECIBO,
ETC., ET AL.

---

### DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: Pretrial Order |
|---|---|---|
| [] Plffs. | [] Defts. | Minutes of Proceedings |

### O-R-D-E-R

Further to the proposed pretrial order on file, the Defendants intend to call as a witness one individual known as "Capt. Rances" Alletran. That, the PT order on file is up to date. The plaintiffs also intend to present in evidence the latest documentation submitted by the Municipality of Arecibo as additional discovery. Trial remains as set.

8/2/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE