# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JOSE A. FUSTE

| | |
|---|---|
| COURTROOM DEPUTY: REBECCA AGOSTINI | DATE: 08-21-00 |
| COURT REPORTER: DONNA DRATWA | CR NO: 97-2217 (JAF) |
| COURT INTERPRETER: JAIME SOTOMAYOR | |

================================================================

| | |
|---|---|
| LUIS ROMAN HERRERA, ET. AL. | Attorneys:<br>JOSE MARTINEZ, ESQ. |
| vs. | |
| MUNICIPALITY OF ARECIBO, ET. AL. | PABLO LANDRAU, ESQ. |

================================================================

Due to the imminent passage of Tropical Storm Debby and its expected upgrade to hurricane status, trial set for today is continued for December 4th, 2000, at 9:30 a.m. Parties agreed to this setting.

REBECCA AGOSTINI
Courtroom Deputy Clerk