IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Luis Roman Herrera, et al.

v.                                                   CIVIL CASE   97-2217 (JAF)

Municipality of Arecibo, et al.

## DESCRIPTION OF MOTION

| DATE FILED: 8/11/00 | DOCKET #: 32 | TITLE: MOTION by All Plaintiffs submitting addendum to PTO and |to Accept Spanish Language Exhibits| |
|---|---|---|
| BY: Plaintiffs | | |

## O-R-D-E-R

☐ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

OTHER: *Granted*

8·21·00

DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE