## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Luis Roman Herrera, et al.

v.

CIVIL CASE  97-2217 (JAF)

Municipality of Arecibo, et al.

| DESCRIPTION OF MOTION |||
|---|---|---|
| **DATE FILED:** 11/15/00 | **DOCKET #:** 39 | **TITLE:** MOTION by Angel Roman-Velez, Mun. of Arecibo \|for Eliezer Aldarondo and Pablo Landrau to Withdraw as Attorney\|, and \|to Continue JT set for 12/4/00\| |
| **BY:** Defendants |||

### O-R-D-E-R

☐ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

**OTHER:**

Granted. Trial setting Vacated. Case reset for Trial Starting April 30/01, 9:30 AM.

_____ 11-29-00
DATE

_____
JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE