# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



LUIS ROMAN HERRERA, ET AL.

VS.

CIVIL NO. __97-2217__ (JAF)

MUNICIPALITY OF ARECIBO,
ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED: 1/23/01   DOCKET: 42   TITLE: MOTION ASSUMING LEGAL REPRESENTATION.

[ ] Plffs.          [X] Defts.

### O-R-D-E-R

**GRANTED.**


__1/31/2001__
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

43