UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ROMAN-HERRERA; JOSE MALDONADO-GARCIA; ROBERT SERRANO-VELEZ; JESUS ROSARIO-MORALES, and JOSE MORA-FELICIANO,<br><br>Plaintiffs,<br><br>v.<br><br>ANGEL ROMAN-VELEZ, MAYOR OF THE MUNICIPALITY OF ARECIBO, in his personal and official capacity, et al.,<br><br>Defendants. | Civil No. 97-2217 (JAF) |



## J U D G M E N T

The motion announcing a settlement agreement, filed by the parties on April 27, 2001, is noted by the court and the settlement is approved.

Judgment is entered in favor of plaintiffs and against defendants, incorporating the terms and conditions of the settlement as if set forth at length herein.

This case is now closed for all purposes.

San Juan, Puerto Rico, this 30th day of April, 2001.

JOSE ANTONIO FUSTE
U. S. District Judge